**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| Dillard B. Moss, | |
| Plaintiff, | **C.A. NO.: 6:21-cv-00882-JD** |
| v. | **STIPULATION OF DISMISSAL** |
| Metropolitan Life Insurance Company, | |
| Defendant. | |

PURSUANT to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate and agree to dismiss this case, <u>with prejudice</u> and agree that all matters, claims and things contained herein are <u>res judicata</u> between the parties and their heirs, purchasers, successors and assigns. Further, each party will bear its own costs, expenses and attorneys' fees.

FOSTER LAW FIRM, LLC                          HAYNSWORTH SINKLER BOYD, P.A.

s/ Nathaniel W. Bax                                    s/ J. D. Quattlebaum
Nathaniel W. Bax, Fed. ID No. 09835      J. D. Quattlebaum, Fed. ID No. 05252

Attorneys for Plaintiff                                 Attorneys for Defendants

Dated: 09/23/2021                                     Dated: 09/23/2021
Greenville, South Carolina                        Greenville, South Carolina